# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

BOZEMAN LODGING INVESTORS,     *     No. CV-17-3-BU-BMM
LLC d/b/a HILTON GARDEN INN     *
BOZEMAN and JWT HOSPITALITY     *     **ORDER**
GROUP, LLC d/b/a HILTON GARDEN     *
INN BILLINGS,     *
   *
         Plaintiffs,     *
     v.     *
   *
THE CHARTER OAK FIRE     *
INSURANCE COMPANY; GATEWAY     *
HOSPITALITY GROUP INC;     *
WESTERN HOSPITALITY GROUP,     *
LP d/b/a HILTON GARDEN INN     *
MISSOULA; KALISPELL HOTEL,     *
LLC d/b/a HILTON GARDEN INN     *
KALISPELL and JOHN DOES I-X,     *
   *
         Defendants.     *
   *

Pursuant to the motion of defendant Charter Oak Fire Insurance Company,

plaintiffs' consent thereto, and good cause appearing therefor, IT IS ORDERED

that defendants Gateway Hospitality Group, Inc. (Gateway), Western Hospitality

Group, LP d/b/a Hilton Garden Inn of Missoula (Missoula), and Kalispell Hotel,

LLC d/b/a Hilton Garden Inn Kalispell (Kalispell) are realigned as plaintiffs in this case leaving The Charter Oak Fire Insurance Company as the sole defendant.

 DATED this 13th day of February, 2017.


    *Brian Morris*
    _____
    Brian Morris
    United States District Court Judge