IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| BOZEMAN LODGING INVESTORS, LLC, et al,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHARTER OAK FIRE INSURANCE COMPANY; and JOHN DOES 1-X,<br><br>Defendants. | CV-17-3-BU-BMM<br><br>**AMENDED ORDER** |

The Court has been informed that this case settled during the December 8, 2017 settlement conference. Accordingly, **IT IS HEREBY ORDERED** that all deadlines in the case are **VACATED**. The parties shall file a stipulation for dismissal and submit to the undersigned a proposed order of dismissal on or before **January 11, 2018**, or show good cause for their failure to do so.

DATED this 11th day of December, 2017.

_/s/ Brian Morris_
Brian Morris
United States District Court Judge