# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| BOZEMAN LODGING INVESTORS, LLC d/b/a HILTON GARDEN INN BOZEMAN and JWT HOSPITALITY GROUP, LLC d/b/a HILTON GARDEN INN BILLINGS, GATEWAY HOSPITALITY GROUP INC; WESTERN HOSPITALITY GROUP, LP d/b/a HILTON GARDEN INN MISSOULA; KALISPELL HOTEL, LLC d/b/a HILTON GARDEN INN KALISPELL,<br><br>      Plaintiffs,<br>v.<br><br>THE CHARTER OAK FIRE INSURANCE COMPANY; and JOHN DOES I-X,<br><br>      Defendants. | No. CV-17-3-BU-BMM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation for Dismissal with Prejudice, IT IS HEREBY ORDERED that the above-entitled action be dismissed on the merits, with prejudice, as fully and finally compromised, each party to pay their own costs.

    DATED this 11th day of January, 2018.

_____
Brian Morris
United States District Court Judge